**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Rodney A. Sanchez,

Plaintiff,

v.

The Saint Cloud Housing and Redevelopment Authority,

Defendant.

01cv1140 (JEL/RLE)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Defendants' Motion for Summary Judgment** on Thursday, July 18, 2002 at 2:00 p.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: July 2, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

JUL 02 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK