UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Rodney A. Sanchez,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

The Saint Cloud Housing and Redevelopment Authority,

Defendant.

Civ. No. 01-1140(JEL/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. Joan E. Lancaster, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: October 4th, 2002
At Duluth, Minnesota

OCT 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK