UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Rodney A. Sanchez,

Plaintiff,

vs. ORDER

The Saint Cloud Housing and
Redevelopment Authority,

Defendant. Civ. No. 01-1140 (JEL/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 10th day of March, 2003.

* * *

On February 13, 2003, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Friday, March 14, 2003, at 9:30 a.m., in Court Room No. 2, United States Courthouse, Fergus Falls, Minnesota. Circumstances have arisen beyond this Court's control, necessitating the need to change the date, time and place of the Settlement Conference.

THEREFORE, It is --

ORDERED:

That the Settlement Conference set for Friday, March 14, 2003, at 9:30 a.m., in Fergus Falls, Minnesota, shall be and hereby is, **reset to Tuesday, April 8, 2003, at 1:30 p.m. in Court Room No. 12W, United States Courthouse, Minneapolis, Minnesota.** All other

MAR 10 2003

30

aspects of this Court's Settlement Conference Order dated February 13, 2003, remain in full force and effect.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE