# *United States District Court*
# *District of Minnesota*
### *Minneapolis, Minnesota*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 01-1140 RHK/RLE
Title of Action: Rodney Sanchez VS The St. Cloud Housing & Development Authority.

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by St. Cloud Housing & Redevelopment Authority in the above entitled action on July 3, 2003.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: July 10, 2003

RICHARD D. SLETTEN, CLERK

By G Schneider
Gloria J Schneider, Deputy Clerk