UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rodney A. Sanchez,

Plaintiffs, Civil No. 01-1140 (JNE/RLE)

v.

The St. Cloud Housing and
Redevelopment Authority,

Defendants.

## AMENDED COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $840.45 | $840.45 |
| Fees for witnesses | $180.96 | $180.96 |
| Fees for exemplification and copies | $216.10 | $216.10 |
| Other Fees | $500.00 | $0 |
| TOTAL: | $2,037.51 | $1,537.51 |

Costs, therefore, are taxed in the sum of One Thousand Five Hundred Thirty Seven and 51/100 Dollars ($1,537.51) in favor of Defendant St. Cloud Housing and Redevelopment Authority, and against Plaintiff Rodney A. Sanchez, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of October 28, 2003.

RICHARD D. SLETTEN, CLERK

By________________________
Brian J. Saame
Law Clerk

FILED____________________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED____________
DEPUTY CLERK'S INITIALS__________